UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
Christopher Maynard,                )
                                    )
                  Plaintiff,        )
                                    )     Civil Action No.
v.                                  )     18-12320-PBS
                                    )
                                    )
Commonwealth of                     )
Massachusetts, MBTA, et al.         )
                                    )
                  Defendants.       )
                                    )
_____)

**JUDGMENT**

Saris, D.J.

In accordance with the Court's Memorandum and Order dated, February 18, 2021 (Dkt. No. 64), allowing the MBTA and Chief Green's Motion for Summary Judgment, it is hereby ORDERED that Judgment is entered against Lt. Maynard on Counts I through VII.

2/18/2021                                   By the Court,
Date

                                            /s/ Casey Baker
                                            Deputy Clerk